In the Matter of KATHLEEN K., a Child Alleged to be Permanently Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEVEN K., Appellant. (Proceeding No. 1.)

In the Matter of RACHEL K., a Child Alleged to be Permanently Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEVEN K., Appellant. (Proceeding No. 2.)

Submitted July 19, 2010; decided August 26, 2010

Motion for poor person relief granted.

MARC S. KIRSCHNER, as Trustee of the REFCO LITIGATION TRUST, Appellant, v KPMG LLP et al., Respondents, et al., Defendants.

Submitted August 2, 2010; decided August 26, 2010

Motion by Professor William Wilson Bratton et al. for leave to appear amici curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

MARC S. KIRSCHNER, as Trustee of the REFCO LITIGATION TRUST, Appellant, v KPMG LLP et al., Respondents, et al., Defendants.

Submitted August 9, 2010; decided August 26, 2010

Motion by Anthony Paduano for leave to appear amicus curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.